1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11

JOSE ESCOBEDO,

Case No. 1:23-cv-01170-SAB

12

Plaintiff,

ORDER GRANTING MOTION TO
CONTINUE MANDATORY SCHEDULING
CONFERENCE AND EXTENDING
DEADLINE TO COMPLETE SERVICE

13

v.

14

CLOVIS TIRE & WHEEL DEALERS INC.,
et al.,

(ECF Nos. 4, 5)

15
16

Defendants.

17    Plaintiff filed this action on August 4, 2023.  An initial scheduling conference is currently

18  set for November 16, 2023.  (ECF No. 4.)

19    On October 26, 2023, Plaintiff filed a motion to continue the scheduling conference, and

20  requesting the deadline to complete service be extended.  (ECF No. 5.)  Specifically, Plaintiff

21  proffers that Plaintiff has diligently pursued completing service; that Plaintiff has been unable to

22  complete service on Defendant Asim Ali; and that Plaintiff has completed substitute service on

23  Defendant Clovis Tire & Wheel Dealers, Inc., but is additionally attempting service in another

24  manner out of an abundance of caution to ensure service and notice is sufficient.  Plaintiff

25  requests the scheduling conference be continued to a date on or after January 15, 2023, and that

26  the deadline to complete service be extended until December 15, 2023.

27    Rule 4(m) provides that: "If a defendant is not served within 90 days after the complaint

28  is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action

1

1   without prejudice against that defendant or order that service be made within a specified time."

2   Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend

3   the time for service for an appropriate period."  Id.  Here, the Court finds good cause to extend

4   the deadline to effectuate service, and finds good cause to grant the request to continue the

5   mandatory scheduling conference to accommodate the extension.  Fed. R. Civ. P 4(m); Fed. R.

6   Civ. P. 16(b).

7            Accordingly, IT IS HEREBY ORDERED that:

8       1.     Plaintiff's motion to continue the scheduling conference and for an extension of

9              time to complete service (ECF No. 5) is GRANTED;

10      2.     The deadline for Plaintiff to complete service on Defendants is extended to

11             **December 15, 2023**;

12      3.     The scheduling conference currently set for November 16, 2023, is CONTINUED

13             to **January 24, 2024**, at **11:30 a.m.** in **Courtroom 9**; and

14      4.     The parties shall file a joint scheduling report **seven (7) days** prior to the

15             scheduling conference.

16

17  IT IS SO ORDERED.

18  Dated:    **October 26, 2023**

                                UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28