# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOVIS TIRE & WHEEL DEALERS INC., et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01170-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>**DEADLINE: JANUARY 5, 2024** |

This action was filed on August 4, 2023. (ECF No. 1.) On December 15, 2023, Plaintiff filed a notice of settlement. (ECF No. 9.) Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b).

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and

2. The parties shall file dispositional documents on or before January 5, 2024.

IT IS SO ORDERED.

Dated:　**December 18, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1